```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PRODUCTION RESOURCE GROUP, LLC,

                         Plaintiff,

-against-

EVENT ENTERTAINMENT GROUP, INC.,

                         Defendant.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**22-CV-2244 (JMF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       This case has been referred to me for settlement purposes (docket no. 25).  A telephone conference will be held on **Thursday, August 18, 2022 at 11:30 a.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

       SO ORDERED.

Dated: June 23, 2022
       New York, New York

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge