UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
PRODUCTION RESOURCE GROUP, LLC,                :
:
                Plaintiff,            :
:     22-CV-2244 (JMF)
         -v-                                 :
:     ORDER
EVENT ENTERTAINMENT GROUP, INC.,               :
:
                Defendant.           :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The proposed protective order filed by Plaintiff's counsel on July 12, 2022, does not appear to be signed by counsel for Defendant. ECF No. 29. The parties shall refile the proposed order with signatures from counsel for both parties, as appropriate. Alternatively, the Court is prepared to sign the protective order if Defendant files a letter confirming its consent.

       SO ORDERED.

Dated: July 13, 2022
       New York, New York
                                                               JESSE M. FURMAN
                                                           United States District Judge