```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
   PRODUCTION RESOURCE GROUP, LLC,

                                  Plaintiff,          **ORDER ADJOURNING**
                                                 **SETTLEMENT CONFERENCE**
   -against-
                                                   22-CV-2244 (JMF)

   EVENT ENTERTAINMENT GROUP, INC.,

                                  Defendant.
------------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the Order of Dismissal filed on October 26, 2022 (doc. no 37) the Settlement Conference previously scheduled for **November 1, 2022** is hereby adjourned *sine die*.

      SO ORDERED.

Dated: October 27, 2022
       New York, New York

                                                                       _____
                                                                       KATHARINE H. PARKER
                                                                       United States Magistrate Judge